June 3, 1975.

M. P. No. 1986. STATE *v.* ROBERT G. COLE. Motion of State to vacate a previous order of court, which provided for an evidentiary hearing in the Superior Court, is granted. *Julius C. Michaelson,* Attorney General, *Judith Romney Wegner,*

Special Asst. Attorney General, for plaintiff-respondent. *Brian J. Sarault,* for defendant-petitioner.